*e-filed 11/19/07

1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ-AQUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00542 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING DATE; [PROPOSED]** |
| | ) | **ORDER** |
| RAMIRO LOPEZ-AQUIRRE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, November 28, 2007, at 9:00 a.m., may be continued to Wednesday, January 09, 2008, at 9:00 a.m.  The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need to review the case and PSR with Mr. Lopez-Aquirre and prepare a sentencing memorandum.  U.S. Probation Officer Waseem Iqbal has been consulted as to the proposed continuance and has no objection.

1

2  Dated: November 14, 2007

3                                          _____/s/_____
                                           NICHOLAS P. HUMY
                                           Assistant Federal Public Defender
4
   Dated: November 14, 2007
5
                                           _____
                                           JEFF SCHENK
6                                          Assistant United States Attorney

7

8                                          **ORDER**

9      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

10 sentencing hearing in the above-captioned matter shall be continued from November 28, 2007 to

11 January 9, 2̶0̶0̶7̶ 2008 at 9:00 a.m.

12

13

14 Dated: November 15 , 2007         _____
                                     R̶O̶N̶A̶L̶D̶ ̶M̶.̶ ̶W̶H̶Y̶T̶E̶ JEREMY FOGEL
15                                   United States District Judge

16

ORDER CONTINUING HEARING
No. CR 07-00542 JF                         2